1913.) Action by James H. Holmes against the City of New York.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG, J., not voting.

HOOKER et al., Respondents, v. CITY OF AUBURN, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Horace B. Hooker and another against the City of Auburn. No opinion. Judgment affirmed, with costs.

HUDSON & M. R. CO., Respondent, v. SNYDER, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Action by the Hudson & Manhattan Railroad Company against Edwin H. Snyder, impleaded with others. I. N. Miller, of New York City, for appellant. L. P. Reed, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HUESTED, Appellant, v. RICHMOND LIGHT & R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Edward L. Huested, as administrator, etc., of Orel Huested, deceased, against the Richmond Light & Railroad Company.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event; upon the ground that the evidence presented an issue which should have been submitted to the jury.

HIRSCHBERG and BURR, JJ., vote to modify the judgment by striking out the words "upon the merits," and to affirm the judgment, as so modified, without costs.

HUMANE SOCIETY OF ROCHESTER, N. Y., FOR THE PREVENTION OF CRUELTY TO ANIMALS, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by the Humane Society of Rochester, N. Y., for the Prevention of Cruelty to Animals against Matthew A. Ryan. No opinion. Judgment (137 N. Y. Supp. 74) affirmed, with costs.

HUNT v. HUNT et al. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by John W. Hunt against Bessie H. Hunt, Robert L. Lucas and John E. Harris, as executors, etc., and others. No opinion. Motions withdrawn. See, also, 154 App. Div. 833, 139 N. Y. Supp. 413.

HUNTER, Respondent, v. SINCLAIR, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Henry Hunter against Samuel Sinclair. No opinion. Judgment and order affirmed, without costs.

HURWITZ, Respondent, v. BERNSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Supplementary proceedings by Jacob Hurwitz against Hyman Bernstein.

PER CURIAM. The title to the property being in dispute, its ownership can only be ascertained in a proceeding instituted by the receiver. The debtor cannot be punished for a criminal contempt upon a motion, even though the affidavits presented to the judge tend to establish that the evidence given by him relating to such ownership is untrue. The order must therefore be reversed. Order of the County Court of Kings County reversed, with $10 costs and disbursements, and motion denied, without costs. Reargument denied, 141 N. Y. Supp. 1124. See, also, 154 App. Div. 951, 139 N. Y. Supp. 1127.

HURWITZ, Respondent, v. BERNSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Supplementary proceedings by Jacob Hurwitz against Hyman Bernstein. No opinion. Motion for reargument (of 141 N. Y. Supp. 1124) denied without costs.

IDE v. ROSENSTEIN. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Alex. L. Ide against Henry Rosenstein. No opinion. Application denied, with $10 costs. Order signed.

ILLINOIS SURETY CO. v. SANTOMASSIMO et al. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by the Illinois Surety Company against Francesco Santomassimo and others, wherein John Ansani appeals. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 150 App. Div. 913, 135 N. Y. Supp. 1119.

INDERBITZEN, Respondent, v. INTERNATIONAL R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Anna Inderbitzen against the International Railroad Company. No opinion Judgment and order affirmed, with costs.

INGAMELLS, Respondent, v. SYRACUSE, L. S. & N. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Esther Ingamells, an infant, etc., against the Syracuse, Lake Shore & Northern Railroad Company.

PER CURIAM. Judgment of Oswego County Court and judgment and order of City Court of Fulton reversed, and the complaint dismissed, with costs in all courts to the appellant. Held, that the proof shows that the overcharge was made through inadvertence and mistake not amounting to gross negligence, and the defendant's motion for a nonsuit should have been granted.

JACOBS, Appellant, v. MITCHELL, Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Morris Jacobs against Katherina F. Mitchell. No opinion. Judgment and order unanimously affirmed, with costs.